IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | : |
| Plaintiff, | : Civil Action No. 2:01-cv-04854-BMS |
| v. | : |
| JOHN ZUCCARINI, individually and d/b/a Cupcake Party, *et al.*, | : |
| Defendant. | : |

## PLAINTIFF FEDERAL TRADE COMMISSION'S STATUS REPORT AND STIPULATED ORDER TO RELEASE CERTAIN INDIVIDUAL RETIREMENT ACCOUNT ASSETS

The Federal Trade Commission submits this Status Report to inform the Court of the current progress made by the parties to resolve this matter. Defendant Zuccarini continues to represent himself in this proceeding. The parties are engaged in settlement discussions and have agreed to the release of certain assets.

The FTC has requested and received discovery from Defendant Zuccarini and various third parties, including banks holding Defendant Zuccarini's assets, and entities with whom Defendant Zuccarini conducted his Internet activities. We now have additional information on the scope of Defendant Zuccarini's business activities and concerning Defendant Zuccarini's financial assets, expenses, and liabilities.

Based on the information gathered thus far, we are working towards resolving this matter. The Federal Trade Commission is currently drafting a Stipulated Contempt Order and Proposed Modification of the Permanent Injunction for Defendant Zuccarini's consideration. We anticipate completing discussions concerning a Stipulated Contempt Order and Proposed

Modifications to the Permanent Injunction within the next two weeks. If we are unable to reach an agreement with Defendant Zuccarini, we will promptly request that the Court schedule a contempt hearing. If we are able to reach an agreement with Defendant Zuccarini, we would then submit the proposed Stipulation and Modification to the Bureau of Consumer Protection and thereafter the full Commission for their approval.[1] Once submitted to the full Commission, consideration of a proposed settlement typically is completed within six to eight weeks.

Finally, Defendant Zuccarini has sought release of frozen assets for living expenses. The FTC has agreed to the attached Stipulated Order unfreezing Defendant Zuccarini's Individual Retirement Accounts. Upon entry of the Stipulated Order, Defendant Zuccarini has agreed not to seek the unfreezing of any other assets for living expenses during the pendency of this litigation.

The Federal Trade Commission will file an interim Status Report with the Court no later than March 30, 2007. A Proposed Stipulated Order is attached.

---

[1] Commission attorneys do not have authority to settle cases themselves. Settlements are recommended by staff attorneys, in consultation with their supervisors, and approved by the Commission.

Dated: January 31, 2007                    Respectfully submitted,


                                           WILLIAM BLUMENTHAL
                                           General Counsel


                                           _____
                                           CAROLYN L. HANN
                                           LAUREEN KAPIN
                                           Attorneys for Plaintiff
                                           Federal Trade Commission
                                           601 New Jersey Avenue, N.W.
                                           Room NJ-2122
                                           Washington, DC 20001
                                           (202) 326-2745 (Hann); 3237 (Kapin)
                                           (202) 326-2558 (facsimile)
                                           *chann@ftc.gov*; *lkapin@ftc.gov*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, : | |
| : | |
| Plaintiff, : | Civil Action No. 2:01-cv-04854-BMS |
| : | |
| v. : | |
| : | |
| JOHN ZUCCARINI, individually and : | |
| d/b/a Cupcake Party, *et al.*, : | |
| : | |
| Defendant. : | |
| : | |

(Proposed)

## STIPULATED ORDER RELEASING DEFENDANT ZUCCARINI'S INDIVIDUAL RETIREMENT ACCOUNT ASSETS FROM ASSET FREEZE

The parties jointly stipulate to the release of assets frozen pursuant to Sections I and II of the Preliminary Injunction entered on January 5, 2007 as follows:

Fidelity Management Trust Company and T. Rowe Price Associates, Inc. are directed to release the individual retirement accounts held in the name of or for the benefit of John Zuccarini within 48 hours of receipt of this Order.

FOR THE PLAINTIFF:

_____
CAROLYN L. HANN
LAUREEN KAPIN
Attorneys for Plaintiff
Federal Trade Commission
601 New Jersey Avenue, N.W.
Room NJ-2122
Washington, DC 20001
(202) 326-2745 (Hann); 3237 (Kapin)
(202) 326-2558 (facsimile)
chann@ftc.gov; lkapin@ftc.gov

FOR THE DEFENDANT:

_____
JOHN ZUCCARINI
Defendant
190 SW Kanner Highway
Stuart, FL 34997
(772) 631-3887 (telephone)
*raveclub@adelphia.net*

**IT IS SO ORDERED,** this \_\_\_\_ day of _____, 2007.

_____
BERLE M. SCHILLER
United States District Judge
United States District Court for the
Eastern District of Pennsylvania

Certificate of Service

I hereby certify that, on this 31st day of January, 2007, I caused <u>Plaintiff Federal Trade Commission's Status Report and Stipulated Order to Release Certain Individual Retirement Account Assets</u> to be served on January 31, 2007, by electronic mail and first class mail, to the following:

John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
raveclub@adelphia.net

*Pro Se* Defendant


Glenn Weiner, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad St.
Philadelphia, PA 19102
gweiner@klehr.com

Attorney for Movant Electronics Boutique Holdings Corp.


Theodore Jobes, Esq.
Fox Rothchild LLP
2000 Market St.
10th Floor
Philadelphia, PA 19103-3291
tjobes@foxrothschild.com

Attorney for Movant Cross Creek Consulting, Ltd.


Dated: January 31, 2007

CAROLYN L. HANN
Attorney for Plaintiff
Federal Trade Commission
601 New Jersey Avenue, N.W.
Room NJ-2212
Washington, DC 20001
202-326-2745 (telephone)
216-326-2558 (facsimile)
chann@ftc.gov (e-mail)