IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, : | |
| : | |
| Plaintiff, : | Civil Action No. 2:01-cv-04854-BMS |
| : | |
| v. : | |
| : | |
| JOHN ZUCCARINI, individually and : | |
| d/b/a Cupcake Party, et al., : | |
| : | |
| Defendant. : | |

## PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR ENTRY OF STIPULATED ORDER FINDING JOHN ZUCCARINI IN CIVIL CONTEMPT AND MODIFYING PERMANENT INJUNCTION

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), moves for entry of the following proposed order: Stipulated Order Finding John Zuccarini in Civil Contempt and Modifying Permanent Injunction ("Stipulated Order"). As described in our Second Status Report dated March 29, 2007, following negotiations with Mr. Zuccarini, both parties have agreed to the terms of this Stipulated Order. The full Commission approved the Stipulated Order on May 29, 2007, and both parties have signed this order.

Dated: May 30, 2007

Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

CAROLYN L. HANN
LAUREEN KAPIN
Attorneys for Plaintiff
Federal Trade Commission
601 New Jersey Avenue, N.W.
Room NJ-2122
Washington, DC 20001
(202) 326-2745 (Hann); 3237 (Kapin)
(202) 326-2558 (facsimile)
*chann@ftc.gov; lkapin@ftc.gov*

Certificate of Service

I hereby certify that, on this 30th day of May, 2007, I caused <u>Plaintiff Federal Trade Commission's Motion for Entry of Stipulated Order Finding John Zuccarini in Civil Contempt and Modifying Permanent Injunction</u> to be served by electronic mail and first class mail, to the following:

John Zuccarini
190 SW Kanner Highway
Stuart, FL 34997
raveclub@adelphia.net

*Pro Se* Defendant


Glenn Weiner, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad St.
Philadelphia, PA 19102
gweiner@klehr.com

Attorney for Movant Electronics Boutique Holdings Corp.


Theodore Jobes, Esq.
Fox Rothchild LLP
2000 Market St.
10th Floor
Philadelphia, PA 19103-3291
tjobes@foxrothschild.com

Attorney for Movant Cross Creek Consulting, Ltd.


Dated: May 30, 2007

CAROLYN L. HANN
Attorney for Plaintiff
Federal Trade Commission
601 New Jersey Avenue, N.W.
Room NJ-2212
Washington, DC 20001
202-326-2745 (telephone)
216-326-2558 (facsimile)
chann@ftc.gov (e-mail)