IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | : : : | |
| Plaintiff, | : : | Civil Action No. 2:01-cv-04854-BMS |
| v. | : : | |
| **JOHN ZUCCARINI**, individually and d/b/a Cupcake Party, *et al.*, | : : : | |
| Defendant. | : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Melinda A. Claybaugh on behalf of Plaintiff, Federal Trade Commission, in the above-captioned matter.

                                                         Respectfully submitted,

Dated: March 1, 2011                                BY:   /s/ Melinda Claybaugh
                                                         MELINDA A. CLAYBAUGH
                                                         FEDERAL TRADE COMMISSION
                                                         600 Pennsylvania Avenue, N.W.
                                                         Washington, D.C. 20580
                                                         (tel): (202) 326-2203
                                                         (fax): (202) 326-2559
                                                         mclaybaugh@ftc.gov
                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that I caused to be served Melinda Claybaugh's Notice of Appearance on March 1, 2011, by first class mail and the Electronic Court Filing system to the following parties:

John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
raveclub@adelphia.net

*Pro Se* Defendant

Glenn Weiner, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad St.
Philadelphia, PA 19102
gweiner@klehr.com

Attorney for Movant Electronics Boutique Holdings Corp.

Theodore Jobes, Esq.
Fox Rothchild LLP
2000 Market St.
10th Floor
Philadelphia, PA 19103-3291
tjobes@foxrothschild.com

Attorney for Movant Cross Creek Consulting, Ltd.


Dated: March 1, 2011                                 /s/ Melinda Claybaugh
                                                             MELINDA A. CLAYBAUGH

                                                             *Attorney for Plaintiff*